# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:57 pm, 10/13/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

TRAQUEVIS DEWAYNE HARDY

Defendant.

Case Number: 2:23-CR-00053-SWS-1

## CRIMINAL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order    Int. Telephone:

Interpreter:

Date: 10/13/2023     Time: 3:02 - 3:32 PM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | Rachel Edelman |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
|  | Zac Cantrell |  |  |
|  | U.S. Marshal | U.S. Probation Officer |  |

Attorney(s) for Government    TJ Forwood (and assistant Andi Shaffer by telephone)

Attorney(s) for Defendant(s)    Dion Custis

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 63 | Relieve Counsel | Denied |

Other:
The Court heard from the parties regarding Defendant's Motion to Relieve Counsel.

3:05 PM The Court excused Mr. Forwood, phone participants, and the gallery from the courtroom.

3:29 Mr. Forwood, phone participants, and the gallery returned to the courtroom.

Criminal Motion Minute Sheet
2:23-CR-00053-SWS-1

The Court decided the trial would go forward on October 23, 2023. The Court would find that the attorney-client relationship is not irretrievably broken in this matter, and denied the [63] Motion to Relieve Counsel.

The Court discussed facilitating electronic discovery.

Minute Order: The Court denied the Motion to Relieve Counsel for reasons incorporated on the record by reference herein.