# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Docket No. 23-CR-53-S |
| TRAQUEVIS HARDY, | ) |
| Defendant. | ) |

## DEFENDANT'S PRETRIAL MEMORANDUM

**COMES NOW**, Defendant, Traquevis Hardy, by and through his attorney, Dion J. Custis P.C., and pursuant to Order of the Court, tenders his Pretrial Memorandum.

Counsel has no additional trial issues at this time other than those that have been alluded to by the Government's Memorandum.

### Witnesses

1. Amanda Joy
2. Lisa Rench
3. Brenda Hardy

**RESPECTFULLY** submitted this 19th day of October 2023.

/s/ Dion J. Custis
Dion J. Custis 6-2674
Attorney at Law
400 East 20th Street
Cheyenne, WY 82001
dion@custislaw.net
Phone 307-638-2442
FAX 307-638-2443

## CERTIFICATE OF SERVICE

    I, Dion J. Custis, hereby certify that a true and correct copy of the foregoing instrument was served this 19th day of October 2023 to the following:

U.S Attorney's Office

                                              */s/ Dion J. Custis*
                                              Dion J. Custis, Esq.