**GOVERNMENT'S EXHIBIT 19**

# FACEBOOK MESSENGER MESSAGES (WARRANT RETURN)

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 1845800523<br><br>Shilo D Garton (Facebook: 1052235198)<br><br>Tray Hardy<br><br>Tray Hardy (Facebook: 1845800523) |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 793 |
| First message sent date/time | 6/30/2022 7:17:16 PM |
| Last message sent date/time | 9/20/2022 3:38:34 AM |
| Case time zone | (UTC-07:00) Mountain Time (US & Canada) |

**Tray Hardy (Facebook: 1845800523)**

✓ Received

6/30/2022 7:17:16 PM

Can ne an izzy come chillvthere

**Tray Hardy (Facebook: 1845800523)**

✓ Received

6/30/2022 7:28:26 PM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 7:44:00 PM

I am in foco but soon as I am home yes u can

**Tray Hardy (Facebook: 1845800523)**

✓ Received

6/30/2022 8:14:37 PM



You: ☐

**Tray Hardy (Facebook: 1845800523)**

✓ Received

6/30/2022 10:10:33 PM

Thanks again shilo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:11:15 PM

I am still in foco bout to head back now than u can come over promise

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:11:38 PM

Shilo sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:12:27 PM

Just to prove to you I ain't lying to you. I wont lie to you. U can come stay the night

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:13:20 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:27:20 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

6/30/2022 10:28:16 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

6/30/2022 10:28:40 PM

Hey

✓ Received

**Tray Hardy (Facebook: 1845800523)**

6/30/2022 10:43:30 PM

Shilo missed your call.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

6/30/2022 10:56:26 PM

Shilo missed your call.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

6/30/2022 11:21:02 PM

Shilo missed your call.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

6/30/2022 11:25:37 PM

Shilo called you.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/1/2022 12:00:22 AM

Wsssup

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/1/2022 1:25:49 AM

Are yall coming or not this shit is crazy an fucked up

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/1/2022 1:33:53 AM

Idk why you had to play games with Ms zn leave me out here fuckrd up like this a simple no would have been easier fire ms to swallow than to be treated like a piece of shit

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:34:09 AM

Actually Darren wouldnt let me use the car left me walking but I know got it do u still want to come

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:30:17 AM

Ya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 9:53:00 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 9:54:03 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 9:54:10 AM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 2:54:06 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 2:54:55 PM

Tray where u at please darren took my car an phone

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 2:55:14 PM

With my mom I can pick u up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 2:55:46 PM

Can u please help me

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 2:56:08 PM

Help you with what

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 2:59:30 PM

Can you please help get me some ills plea

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 3:00:22 PM

How many. I thought that's what yall went to foco for

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:00:30 PM

An u can come To my house

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:00:45 PM

I took a friend down there that's all

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:01:37 PM

I had no money

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 3:02:13 PM

Don't tell me it was raysha

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:02:53 PM

No dont know who that is

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:03:03 PM

But can u help me please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:03:10 PM

Where u at

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 3:05:11 PM

How many pills did u want to get

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:06:46 PM

Shilo unsent a message

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:07:27 PM

2

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:07:37 PM

All the money I have

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:08:02 PM

I have 1400 but they stole my card so I am fucked on that

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:11:11 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:36:44 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:37:06 PM

I am outside

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:38:30 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 3:38:59 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 3:39:02 PM

Yo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 6:07:48 PM

What's up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:15:02 PM

Can u get some clr

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:15:21 PM

How much

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:16:23 PM

Tshirt

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:17:18 PM

Ya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:18:01 PM

How much

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:21:13 PM

Needing to know how much for it

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:24:13 PM

45

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:42:34 PM

40

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/1/2022 8:42:52 PM

Where u at

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 8:44:57 PM

By the. Big horn

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:48:14 PM

Do u have to go get it

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 8:51:53 PM

An can u get 4 blues also

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 9:12:35 PM

Can u get 4 of those

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 9:19:09 PM

I got that on me

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/1/2022 9:19:48 PM

What about the 4

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 9:20:32 PM

Ya got those too

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/1/2022 11:03:45 PM



You: ☐

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 12:40:45 AM

Can I come now please I just got beat up by my mom

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 12:41:47 AM

Wtf

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 12:42:25 AM

Where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 12:46:08 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 1:38:19 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 1:38:35 PM

Can u get more

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 1:38:44 PM

I need 4

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 1:41:35 PM

Ya o just got more sp uour good

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 2:19:22 PM

I need 7

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 3:06:31 PM

Wya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 3:28:56 PM

On my way they are doing flight for life my grandson

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 3:29:41 PM

Ok. How long an sorry ti hear thar

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 3:44:20 PM

Coming right now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 5:08:25 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 8:06:18 PM

Are u still in town I want to say goodbye an go see that girl

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 8:13:39 PM

I need more

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 8:18:20 PM

Ok

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:35:09 PM

Will girl trade anything

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:47:01 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:47:26 PM

Sorry couldnt hear coming to u where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:50:31 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:50:47 PM

???

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 9:59:44 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 10:15:19 PM

Will you have about 12

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 10:25:52 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 10:47:30 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 10:47:47 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 10:48:01 PM

On way to u now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 10:57:29 PM

Where are yiu

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 10:59:16 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 11:04:14 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 11:04:35 PM

Coming down the bridge

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 11:14:38 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 11:15:18 PM

Can u meet me at my house darren was trying to take the car from me

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 11:15:44 PM

I sm nout to pull out if here

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/2/2022 11:16:11 PM

I thought u wass boutvto go get some other girl with money

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 11:17:28 PM

She is at motel 6 already here I am speeding a little lol so I have all the cash I have 100 so where u want to meet

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/2/2022 11:19:58 PM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:32:05 AM

Hey

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:32:50 AM

What up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:32:56 AM

Wyd

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:33:11 AM

Do u have clear

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:33:20 AM

Yes

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:33:34 AM

Trade u some for clr

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:33:50 AM

Cab u please bring me some ti the ranger hotel please I am out. Bone dry

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:34:15 AM

U have a blue

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:34:31 AM

Trade u

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:34:45 AM

Ya I got blues

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 2:42:17 AM

Hold up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 2:44:22 AM

Why

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:48:38 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:48:52 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:49:25 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:49:49 AM

Can I come get a couple

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:50:37 AM

Please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:51:31 AM

Hey yes or no got cash

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 3:51:55 AM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:52:17 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:52:41 AM

Please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:53:17 AM

???

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:55:15 AM

?? What up

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:56:00 AM

Answer me please

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:56:27 AM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:28:33 AM

Why u not answering

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 4:35:46 AM

0.hi

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:40:24 AM

I need 4

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 4:56:24 AM

Hi

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:26:16 AM

Can I come by

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 5:31:03 AM

Ya at 6

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 6:37:21 AM

Yo

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 6:40:24 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 6:45:17 AM

Sup

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 6:53:33 AM

You missed a call from Shilo.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/3/2022 7:12:15 AM

Sup

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/3/2022 7:17:54 AM

Shilo missed your call.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/3/2022 7:32:32 AM

You missed a call from Shilo.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/3/2022 7:37:59 AM

You called Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/3/2022 7:38:30 AM

Hey u with anyone that has a battery

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/3/2022 7:38:51 AM

Csr bsttery

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/3/2022 7:39:37 AM

I need a jump

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 7:41:15 AM

,vwya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 7:41:34 AM

Motel 6

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 7:42:44 AM

I have no one that_ can do it

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 8:29:53 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 8:31:12 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 8:58:32 AM

Where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 9:03:22 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 9:08:49 AM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 9:09:18 AM

That's the restaurant I owned

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 9:18:08 AM

Ivwilll be in the apartments across the street innumber 3

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 9:19:21 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 9:23:41 AM

K

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 10:13:56 AM

Wtf

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 10:34:31 AM

Ran out fucking gas coming to u now

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 10:57:47 AM

U have 40$ on u

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 10:58:50 AM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 10:59:35 AM

U have 6

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:00:58 AM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:02:06 AM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:04:08 AM

Been there twice now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:04:14 AM

MIT on me

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:06:19 AM

What's is mit

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:11:00 AM

Wya

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:19:08 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:21:05 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:27:02 AM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:34:35 AM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:06:08 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:07:41 PM

What's up where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:08:09 PM

We gonna meet I need these

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:09:21 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:10:00 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:10:43 PM

Please come on

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:14:16 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:22:33 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:24:06 PM

I got the money

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 12:31:49 PM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 3:58:48 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:32:44 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:34:55 PM

Tray like what the hell. Did u really just rob me? Like what the fuck please tell me

u didn't

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:44:03 PM

????

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 4:55:17 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:03:29 PM

Please tell me what the fuck is going on. Really

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:04:48 PM

The video chat ended.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:17:25 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:17:35 PM

Come outside

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:19:15 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:20:54 PM

Come on

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:23:40 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:32:14 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 5:37:46 PM

Where the fuck are u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 10:59:17 PM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:00:33 PM

I hate how you just hang up lol.. you say bye first. Lol

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:01:00 PM

My badlol. I apologize

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:03:06 PM

But u gonna come back to my place or do I have to meet up with u

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:03:55 PM

I zm coming back to your place fa sure ... shid I am tryba stare at you all night long. Just saying

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:04:56 PM

Haha

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/3/2022 11:28:42 PM

You called Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/3/2022 11:51:26 PM

You missed a call from Shilo.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/3/2022 11:51:43 PM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/3/2022 11:53:21 PM

Hey I got that money comin now an u got my black charging cord from car an the plug in those are the fire pepper ones

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/4/2022 12:00:53 AM

You called Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 12:01:45 AM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 12:02:23 AM

My place hotel but was coming home now

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 12:02:42 AM

Shilo unsent a message

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 12:03:50 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 12:05:38 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 12:05:54 AM

Coming home now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 12:15:05 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 12:15:25 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 12:21:27 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 12:22:05 AM

At home

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 12:51:42 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 12:58:57 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:00:04 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:02:04 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:14:38 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:20:07 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 1:22:59 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:34:23 AM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:35:35 AM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 1:39:11 AM

Shilo missed your video chat.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 1:41:03 AM

Shilo called you.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 2:02:31 AM

K.º wgeeeextgecfuck u at

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 2:04:11 AM

Almost 2 u

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 2:05:14 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 2:07:14 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 3:36:56 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 3:44:13 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 4:05:47 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 6:24:56 AM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 6:25:01 AM

You missed a call from Shilo.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/4/2022 9:58:52 AM

You called Shilo.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/4/2022 10:02:15 AM

Ranger

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 10:16:02 AM

K

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 11:25:06 AM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 11:26:24 AM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/4/2022 11:35:14 AM

Where are you

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/4/2022 2:54:45 PM

Yrs

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 2:57:09 PM

Where are u

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 2:58:05 PM

Why wassup

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 2:58:29 PM

I sm at Tories

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 3:14:33 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:17:18 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:17:43 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:17:50 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:19:29 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:20:34 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:21:06 PM

I can be but I need them asap

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:22:17 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:24:06 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 8:26:18 PM

Come on I need some

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:49:01 PM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:49:18 PM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:50:12 PM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:51:22 PM

Shilo missed your call.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 8:51:24 PM

Yo so u guessi good

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 9:16:05 PM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 9:16:54 PM

Was inside my son but please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 9:33:45 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 9:34:46 PM

What up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 9:35:00 PM

I need some asap

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 9:37:33 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/4/2022 10:38:05 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 10:53:17 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 11:16:31 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/4/2022 11:17:49 PM

Just give me my money

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 12:45:24 AM

Wtf

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 12:45:30 AM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 12:45:32 AM





You: ☐

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 12:46:48 AM

I just need the pills mike gave me the money for them

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 12:49:05 AM

Look I didn't know they was jot fuckn real. An yiu act like I am scared of Mike or sumn like wtf I am tryna get shiut situsates

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 1:01:30 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 1:11:35 AM

Wys I am at Regina's waiting on u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 1:58:07 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 1:58:33 AM

I told him not to say shit sorry

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 1:58:40 AM

But where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 1:58:58 AM

I need another 8

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 2:21:20 AM

Come to vyer house

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 2:23:15 AM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 2:23:21 AM

Shilo missed your call.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/5/2022 2:27:12 AM

U have them on you

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/5/2022 2:28:51 AM

Yes they are here rt now how much do yiu have tho

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/5/2022 2:30:35 AM

My orople I'm town they got 60 ills they want 400 for them

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/5/2022 2:57:07 AM

Shilo missed your call.

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/5/2022 2:58:48 AM

You called Shilo.

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

7/5/2022 4:56:39 AM

Wqsssup

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/5/2022 4:56:41 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 4:56:46 AM

How msgyvdo u want

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 5:06:46 AM

Pkease get out the parking lot nodding an shit like that

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 5:15:25 AM

You missed a call from Shilo.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 5:23:06 AM

You missed a call from Shilo.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 5:23:17 AM

I am coming now

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 5:28:25 AM

Was talking to yhe lady up-front

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 5:32:48 AM

Where u are hello

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/5/2022 5:34:07 AM

I sm coming she finding her keys

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 8:41:35 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 12:39:31 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/5/2022 12:44:36 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 12:40:27 PM

Hi

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 1:19:52 PM

Hey what's up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 1:21:02 PM

I got if you need

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 1:21:57 PM

I do can u come here

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 1:22:17 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 1:22:29 PM

How many

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 1:23:44 PM

U have change for a 100

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 1:24:12 PM

Yes dependa on what u need

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 1:37:23 PM

You don't have car

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 2:18:50 PM

I dont it's still being used to get my neighbor an I need bout 6

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 5:17:15 PM

Aye i left my clippers in yo car. I would like to have them back please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 6:22:21 PM

No I dont think u did

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 6:24:24 PM

Shilo sent a location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 6:25:40 PM

Shilo sent a location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 6:26:07 PM

Why did u se d Mr that

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 6:27:45 PM

Was suppose to go to darren that is where our car is

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 9:29:47 PM

Yiu an I should fuck shilo frfr

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 10:15:33 PM

Hey do u need shit

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 10:15:59 PM

Yes I need 6

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 10:19:13 PM

Yiu home ???

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 10:20:11 PM

U gotta ride

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 10:42:03 PM

Yes an car still gone

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 10:48:35 PM

At your door

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 11:14:29 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 11:21:03 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 11:21:26 PM

We have 20$ more cash

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/6/2022 11:36:14 PM

Pok.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 11:36:43 PM

An I have someone at motel 6 that needs

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 11:37:47 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/6/2022 11:56:40 PM

Are u taking them to darren what's going on

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:17:15 AM

Where u at I need more an I need the ones for darren

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:17:24 AM

I have my car where are u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:18:13 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:18:27 AM

Hello where are u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:27:15 AM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 1:27:50 AM

I need my 2 for darren an got another 80$

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 1:58:48 AM

I have the car can I come to u

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 2:07:25 AM

Come on I sold mine

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 3:01:50 AM

You missed a call from Shilo.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 3:02:28 AM

U better have darren next time I see u with no excuse u sold them I paid for them an u better have them

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 3:02:58 AM

No it's totally f***** up you would even take them for me and then not go and give them to him so I promise you you better have dance tomorrow or tonight whatever the f*** I see you you better have the two I paid for with no God damn excuse cuz I'm sick and tired if you robbing me

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

7/7/2022 3:03:12 AM

What did you say the other day I don't Rob people I don't do people dirty do you not realize that almost every single day you send me dirty somehow

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 3:03:24 AM

Like right now you can't even answer your phone

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 3:03:38 AM

Like right now you can't even answer your phone

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 3:29:45 AM

Please can I come to u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 3:30:35 AM

Sorry I took out the shit with Neighbors on u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 3:47:59 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 4:43:29 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 5:14:08 AM

Please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 7:13:02 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 8:53:01 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 9:01:16 AM

Dude I need some

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/7/2022 1:14:03 PM

Come get me

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 1:22:13 PM

Where u at

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/7/2022 1:28:26 PM

Go to firebird

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/7/2022 2:12:04 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 2:26:37 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 2:26:49 PM

Coming for u now

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/7/2022 2:42:11 PM

???

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/22/2022 11:57:36 PM

Hey u

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/22/2022 11:58:13 PM

Hey wassup. Cone to denvee tomorrow

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 12:12:50 AM

I actually am

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 12:15:26 AM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 12:23:10 AM

So what up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 12:40:12 AM

With who. I git cheap prices for you

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 12:45:48 AM

How cheap

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 12:47:28 AM

350 to 4

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 1:21:57 AM

Where u at

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 1:22:11 AM

U never went home

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 1:22:11 AM

Denver

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 1:22:21 AM

I leave tomorrow

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 1:22:22 AM

Location dork

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 2:09:09 AM

You sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 5:43:48 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 5:49:02 AM

What's up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 6:21:00 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 6:22:31 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 7:33:03 AM

Yoyo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 7:40:19 AM

What'sup

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/23/2022 7:40:38 AM

Chilling. You?

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 9:16:54 AM

Gonna head that way

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/23/2022 9:17:47 AM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/24/2022 1:59:26 PM

Xthkught u was coming here

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/24/2022 2:00:05 PM

Trying to get money together

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/24/2022 10:33:07 PM

You unsent a message

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/28/2022 2:02:36 PM

When u coming

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/31/2022 8:19:04 PM

Vyo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/31/2022 8:24:08 PM

What's up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/31/2022 8:34:08 PM

What's up with you looking all edible

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/31/2022 8:39:40 PM

Tired of looking like shit

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/31/2022 8:39:54 PM

Send me gas money so I can come see u

**Tray Hardy (Facebook: 1845800523)**

✓ Received

7/31/2022 8:41:17 PM

U really gonna come

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

7/31/2022 8:45:01 PM

Hell yes I will I want away from here

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/1/2022 2:36:26 PM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/1/2022 2:36:59 PM

Hey trying to come see u

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/1/2022 3:08:05 PM

You missed a call from Shilo.

---

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/1/2022 3:10:53 PM

Shilo missed your call.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/1/2022 3:14:38 PM

You missed a call from Shilo.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/1/2022 3:28:34 PM

You missed a call from Shilo.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/3/2022 6:57:55 PM

You missed a call from Shilo.

---

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/3/2022 7:12:56 PM

I have 500 to spend

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 7:21:34 PM

Ok. Yiu in yo way

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 7:28:43 PM

Address please so I can come u for sure have then on u

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 7:49:57 PM

13500 east 40th place

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 9:18:18 PM

Hey. Wya

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:34:56 PM

You missed a call from Shilo.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 9:36:55 PM

Shilo missed your call.

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:44:23 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:45:10 PM

Bout 30 mins out

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 9:47:17 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:48:21 PM

Shilo changed the chat theme to Music 🔊 .

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:50:35 PM

Shilo changed the chat theme to Support ♡ .

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:51:10 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 9:53:10 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 9:59:33 PM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 10:00:19 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:00:49 PM

Sorry

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:01:11 PM

How much a pill

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:01:24 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:01:59 PM

An u have them on you

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:02:34 PM

I need to know assp

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:03:55 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:04:56 PM

You missed a video chat with Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:05:23 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 10:15:53 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 10:16:06 PM

720 698n0807

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/3/2022 10:21:22 PM

Do u have tham on you

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 10:54:07 PM

Wya my phone died

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:00:48 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:00:58 PM

Shilo missed your video chat.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:01:10 PM

Where yall at

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:01:29 PM

♡

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:06:18 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:07:55 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/3/2022 11:28:01 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 9:52:10 PM

Whatup

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 9:53:47 PM

Bout to be in denver let's hang out.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 9:53:47 PM

An I need some

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 9:57:17 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/7/2022 10:14:43 PM

Wya. I am. Off iv70 an chambers

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/7/2022 10:15:55 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 10:16:29 PM

Send ur location 30 mins away

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/7/2022 10:26:01 PM

You sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/7/2022 10:49:25 PM

Send yours please

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/7/2022 11:36:13 PM

Hello wassup

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 11:51:43 PM

I am 13 mins til we are there

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/7/2022 11:53:16 PM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

What room number

8/7/2022 11:54:30 PM

**Tray Hardy (Facebook: 1845800523)**

✓ Received

You called Shilo.

8/7/2022 11:54:58 PM

**Tray Hardy (Facebook: 1845800523)**

✓ Received

Your fine as fuck shiloh. Damn

8/8/2022 5:19:43 AM

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

You missed a call from Shilo.

8/8/2022 6:00:58 AM

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

You missed a call from Shilo.

8/8/2022 6:02:23 AM

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

You missed a call from Shilo.

8/8/2022 6:08:38 AM

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

You missed a call from Shilo.

8/8/2022 6:14:53 AM

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 6:32:02 AM

Where did u go?

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 6:56:08 AM

5o try sn get vIyes

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:02:19 AM

Are u back at the hotel

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:02:46 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:03:28 AM

Are u at the hotel

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:05:15 AM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:07:47 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:09:00 AM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 7:09:47 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 7:09:58 AM

I sm pulling up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 7:16:33 AM

Wya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 7:18:24 AM

Pulling ip

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 7:44:28 AM

Shilo missed your video chat.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 8:19:38 AM

Aye I dreck gotta few people with hom I am in need to move tall around for bout 20 moniutez til we get thst busines handled I am gojg to get blues now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 10:28:17 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 10:37:20 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 10:38:33 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 11:06:58 AM

We went ahead an left no one was in the room with us for a min so we left.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 11:08:43 AM

But we ran out gas can u cash app me 20$ please soon as I get home I put it on my card an send it back please

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/8/2022 11:15:50 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/8/2022 11:19:21 AM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 11:30:22 AM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:31:03 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:31:15 AM

Why u call

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 11:53:29 AM

My bad

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 1:56:18 PM

Eyd

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 2:35:20 PM

Thinking about adding your way

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 2:35:39 PM

Ya. U can

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 2:40:22 PM

I git 80 yiu can have fir 350 rt now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 7:44:42 PM

Hu

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 7:53:09 PM

So how many for 80$

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 7:56:39 PM

15 to 20 closer to 20

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 8:59:37 PM

What's ur address

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 9:21:45 PM

You missed a video chat with Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 9:23:09 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 9:23:42 PM

12020 east 39th ave

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 9:25:40 PM

Wya

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 9:26:08 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 9:26:18 PM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 9:33:57 PM

Bout to leave Cheyenne now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 11:00:40 PM

Wya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:01:42 PM

Just leaving Cheyenne sorry

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 11:12:03 PM

Wow. Yall Saud yhr sane thing 2 hrs ago hoe much money yall got I maybe van meet yall

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:22:52 PM

♡

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/9/2022 11:24:46 PM

Hih

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:25:00 PM

80 to 100

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/9/2022 11:45:43 PM

Hitting Foco same address

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 12:39:40 AM

Hekl0

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 12:39:55 AM

You sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 12:43:03 AM

Where yall at

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 9:17:11 AM

♡

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 9:17:24 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 9:17:34 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 9:18:17 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 9:35:31 AM

What's up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 10:09:17 AM

Why u call

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 12:49:55 PM

U leave

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 12:50:09 PM

No

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 12:51:09 PM

R u going to

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 12:54:53 PM

Ya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 1:10:09 PM

When

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 4:10:18 PM

U still in town

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 4:22:26 PM

Ya. Where is izzy at ?

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 4:30:10 PM

Not sure she left my house

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 8:23:40 PM

Who she leave with? I a lil white Volkswagen suv?

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/10/2022 9:31:14 PM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/10/2022 10:29:22 PM

She walked she wouldnt say where she was going

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/12/2022 9:06:58 PM

Hey u still down there I have 400 almost 500 coming ur way

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/12/2022 9:29:46 PM

When

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/12/2022 9:30:42 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/12/2022 9:43:53 PM

Reacted ❤ to your message

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/12/2022 10:45:43 PM

Leaving bout hr

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/12/2022 11:02:24 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/12/2022 11:47:07 PM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/13/2022 10:28:58 AM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/13/2022 6:28:06 PM

Wassup

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/13/2022 7:11:37 PM

When u coming

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/13/2022 8:53:19 PM

Hello

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/13/2022 11:12:03 PM

Hello

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 3:30:05 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 3:36:02 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 3:36:24 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 4:10:49 AM

My dude backed out on me

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 4:11:24 AM

Damn that fucked up

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 11:41:51 AM

Hey we are coming troy an I

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 11:42:11 AM

When

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 11:42:37 AM

Leaving by 2 or 3

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 11:42:46 AM

Got 200

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 11:46:11 AM

Ok i got yiu

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 3:44:24 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 3:44:43 PM

Haven't left yet

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 3:45:03 PM

Still waiting on the tires yo be done

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/14/2022 3:45:07 PM

Shilo missed your call.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 3:45:27 PM

My phone wont connect

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 4:48:10 PM

So what u think we will get for 200.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 5:48:45 PM

You missed a call from Shilo.

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 5:49:20 PM

Hey I'm needing to hear from you where's your location cuz we're going to be there soon if I don't hear from you I guess I'm going to go to my other guy so I really need you to call me

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/14/2022 6:46:55 PM

You sent a live location.

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/14/2022 6:49:25 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 8:49:30 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 8:58:41 PM

You sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 8:59:22 PM

You sent a location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 9:09:30 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 10:15:06 PM

Can i come In or nah

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/14/2022 10:15:30 PM

What

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 10:15:54 PM

We are just getting on the highway

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 10:16:13 PM

Like troy takes forever to do anything

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 10:16:28 PM

An I have 320

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/14/2022 10:20:38 PM

Not

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 10:21:08 PM

What

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 11:12:56 PM

Same address or what

✓ Received

**Shilo D Garton (Facebook: 1052235198)**

8/14/2022 11:17:14 PM

We are on highway finally we will be there soon

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 11:33:56 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/14/2022 11:35:48 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:25:57 AM

Reacted 👍 to your message

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:27:14 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:27:32 AM

Address

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:27:43 AM

I need it asap

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:28:43 AM

The video chat ended.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:30:22 AM

??

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:31:40 AM

Dude I need ur location

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:32:06 AM

Already passed all the exits we have took before

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:34:02 AM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 12:34:23 AM

You sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:34:53 AM

Shilo sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:35:37 AM

Shilo sent a location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 12:57:31 AM

We are here

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:04:04 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:08:20 AM

I am downstairs.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:09:43 AM

So I have 220 so that's 65 of them

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:10:02 AM

Dude lied on how much he had

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:12:34 AM

Where u at

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 1:13:30 AM

Tlat the holiday Inn

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:14:34 AM

I am here an if troy asks they are 6. But we at the parking spot by the entrance

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:23:13 AM

How long is the wait going to be

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:36:29 AM

Where r u going?

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:36:57 AM

We are following yall.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 1:37:27 AM

I hope u ain't trying to do me dirty cuz this ain't my money

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:06:54 AM

So what we doing

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:41:42 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 2:42:01 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:42:17 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 2:44:29 AM

232

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:44:30 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 2:45:14 AM

♡

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:46:28 AM

Hey the guard says he needs the money now right now or we have to leave an he wasnt to happy about it

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 2:47:40 AM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 2:55:32 AM

Come to room 232

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 7:07:39 PM

You called Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 7:08:29 PM

3072562288 what the fuck was that about who is that u fighting with

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 7:08:43 PM

Do I need to come whoop some ass

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 7:09:06 PM

For real bitch better not talk to u like that again

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/15/2022 7:12:27 PM

Hey. Just this dumb bitch thst just don't get it ya feel Me. Thank you to shipping l love you girl

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/15/2022 9:54:32 PM

Why u saying thank u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 1:20:43 AM

Hey can u do anything

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 2:08:04 AM

Yes ibhavd lije 66 on mr

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 2:10:36 AM

Are they good not those ones

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 2:10:56 AM

Not those ones

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 2:13:13 AM

Ibgot good

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 2:13:34 AM

Send me ur location

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 2:17:55 AM

You sent a live location.

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 3:23:38 AM

Send yours

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 3:24:59 AM

♡

---

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 3:25:15 AM

Send yo location

---

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 3:27:25 AM

Bryan just came back with my car so getting ready to leave town so I need ur

location again an leaving my house

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 3:45:49 AM

???

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 3:45:55 AM

Shilo sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 4:25:05 AM

Haven't left don't know ur location

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 7:44:39 AM

You sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 9:42:02 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 9:42:16 AM

Wtf

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:44:12 AM

I am leaving in 30 minutes so please save 35 for me I promise I am leaving thank cool

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:44:42 AM

I had the radiator fluid flushed last night an it took forever

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 9:45:04 AM

Why do yiu always AK for my location an you not on TV way. That sketches ms out frfr

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:46:52 AM

I am getting ready now sorry. I was sleeping when u just sent it sorry I won't ask for it til on road now on

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:47:19 AM

Shilo sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:49:12 AM

At my house u can see what I am doing and when I leave

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 9:49:32 AM

An I would never do anything to hurt you ever

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 12:30:10 PM

Wassup

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 12:38:26 PM

Shilo missed your video chat.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 12:54:49 PM

At Darren po meeting than we are coming

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 4:26:52 PM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 4:26:56 PM

♡

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/17/2022 4:27:18 PM

Hey so my friend is coming from Casper tonight he'll have $500 so we'll be there about 9:30 10:00 be ready

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 4:35:22 PM

Ok

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 10:19:12 PM

Whsts the word

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/17/2022 10:42:02 PM

Hello

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 5:19:56 PM

I'm leaving in 45 minutes to come your way with the $500

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 5:20:16 PM

Whose coming woth you

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 5:23:47 PM

Me an the guy from Casper bill why

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 5:24:07 PM

Cux I want you an I to hang out

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 5:24:16 PM

It's really my last day

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 5:54:02 PM

Just fuckm wit ya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 6:40:07 PM

U r good so what's ur location I am on the highway

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 6:40:29 PM

An can u have these ready for us please

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:03:07 PM

So I need 120 ills k

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:03:15 PM

Shilo sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:04:18 PM

I need urs

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:05:26 PM

An I do not want those ills from the other Night

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:20:20 PM

Location or what

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:20:48 PM

Guess I will go thru my other dog

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 7:22:58 PM

You sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 7:23:42 PM

U can get 120

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 7:47:41 PM

Ya can yall take me to get them tho urs lje 10 mins away to 15 mins away

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 7:50:57 PM

Ya. Of course

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:10:58 PM

Wya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:11:17 PM

Shilo sent a live location.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:20:41 PM

Your trippi me out

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:21:54 PM

Whsts goung on now l

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:22:18 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:24:41 PM

Wow u r crazy want me to go to my other dude he passed u fuck

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:25:25 PM

What ,the hel srevyou talking about

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:26:35 PM

Thsts crazy I zm rt here

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:26:43 PM

We on that level

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:27:07 PM

What level ??

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:27:09 PM

We passed the exit sorry

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:27:48 PM

So yall going thru someone else ?

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:27:52 PM

Thinking I am hoing u

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:27:56 PM

No

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 8:28:03 PM

Pulling in

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:28:24 PM

Ok can we go t them

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/18/2022 8:29:54 PM

I am in km room 320

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/18/2022 9:01:12 PM

Shilo tagged you in a post

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/19/2022 1:28:48 AM

♡

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/19/2022 1:29:17 AM

♡

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/19/2022 11:33:43 AM

Did u leave

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/19/2022 11:35:29 AM

Nit yet

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/19/2022 8:18:10 PM

U in town

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/19/2022 8:39:30 PM

No

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/19/2022 8:49:53 PM

U got on the plane

✓ Received

**Tray Hardy (Facebook: 1845800523)**

8/19/2022 10:43:11 PM

Tomorrow

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/24/2022 10:07:13 AM

Hi

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/24/2022 10:39:35 AM

Hi

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/24/2022 11:35:51 AM

What u doing

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/24/2022 12:31:54 PM

U went to kail

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/24/2022 12:32:00 PM

??

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/24/2022 12:33:15 PM

Yes for a no appearance

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/24/2022 12:33:25 PM

My lawyer fucked up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/24/2022 12:35:36 PM

Oh ok

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/26/2022 12:00:45 PM

Are you back in Denver

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/26/2022 1:02:25 PM

Ya

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/26/2022 3:45:11 PM

OK I am coming see ya

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/26/2022 6:50:55 PM

When

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/28/2022 1:24:22 PM

Can I come see you

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 4:10:25 PM

Yes

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 4:30:34 PM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/28/2022 6:30:57 PM

Dude I need ur location I am leaving

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/28/2022 6:41:00 PM

Hey I need to come see u leaving now what's up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 6:41:29 PM

You sent a live location.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/28/2022 6:43:51 PM

They are good right.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 6:44:09 PM

Yes they are

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/28/2022 6:44:55 PM

Can I try one before I buy I 100 worth. There are fake ones going around

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 8:20:10 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 8:20:33 PM

Ya that would be great

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 8:20:47 PM

F.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 10:22:31 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/28/2022 10:57:21 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 2:16:14 AM

What happened

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 2:23:20 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 2:24:26 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 3:05:28 AM

Wow is all I can say

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/29/2022 3:13:39 AM

Sorry my phone died but my car broke down in morning I am coming

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 7:12:08 AM

Ok

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 8:04:51 AM

When tho

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 5:52:11 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 5:52:42 PM

Shilo wassup

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

8/29/2022 6:08:17 PM

Waiting on my money

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 6:51:14 PM

Man whybdo unasked for my location am u don't be om your way

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/29/2022 8:24:28 PM

That shit freaks me out

**Tray Hardy (Facebook: 1845800523)**

✓ Received

8/30/2022 5:59:08 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 2:25:45 AM

I sm in cheyenne

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/4/2022 8:40:32 AM

U still in Cheyenne

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 8:44:50 AM

Nah

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/4/2022 8:46:33 AM

Whyby u not cone

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 8:46:34 AM

Left blut hr ago

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/4/2022 8:46:57 AM

An u didn't come by

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 8:47:08 AM

I got hookup with fire illys whole new connnect

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/4/2022 8:48:35 AM

An didn't stop here

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 9:29:50 AM

I called u never answered

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/4/2022 9:43:27 AM

I don't know I always have my phone on me that's why you should have just came by I'm always home

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 11:33:41 AM

Wheb u coming down

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/4/2022 7:18:41 PM

When u coming down

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/7/2022 1:58:35 PM

Hi

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/7/2022 1:58:48 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 11:52:52 AM

♡

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 7:04:11 PM

Can I come up there

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 7:04:26 PM

Hey

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 7:05:31 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 7:15:54 PM

Ys

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 7:16:19 PM

Yes

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 7:29:16 PM

When tho

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 8:17:24 PM

Leaving in 20 mins

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 9:01:56 PM

Lmk

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 9:03:27 PM

Shilo called you.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 10:20:35 PM

Yo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 10:35:25 PM

Leaving town in 10 mins picking up.darren an leaving

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 10:58:55 PM

Getting a little more money together than will be leaving sorry but I am coming

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 11:18:36 PM

Just lmk

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/8/2022 11:44:28 PM

Leaving now

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/8/2022 11:50:05 PM

Ok o am qoth my people rt noe if you can. Ash app me like 40 bucks I eill have them all for you when I get here

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 12:34:02 AM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 12:46:28 AM

U get Jeremy.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 12:46:39 AM

Shilo missed your call.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/9/2022 12:56:06 AM

Reacted 🖤 to your message

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/9/2022 12:57:56 AM

Shilo called you.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/9/2022 1:01:28 AM

You missed a call from Shilo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/9/2022 1:01:55 AM

I want to try them before I buy them some bad ones have been going around

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 4:26:44 AM

Ok

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 11:55:59 PM

Thsnks fot keeping on contact with me letting me know whst wssscgoingon

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/9/2022 11:57:40 PM

So I just got my phone back like 2 hrs ago Travis stole all my money an phone had to finally call cops to get the phone back

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/9/2022 11:58:14 PM

Damm

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/10/2022 10:29:33 AM

So you nott coming

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/11/2022 9:54:38 PM

Yo

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/11/2022 10:14:01 PM

What's up

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/11/2022 10:23:50 PM

Sup

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/14/2022 5:06:14 PM

Hey my friend will be here in couple hrs we will be heading ur way k. For sure got to

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/14/2022 5:21:03 PM

U have a number

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/14/2022 5:21:06 PM

Call me

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/14/2022 5:21:37 PM

You missed a call from Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 5:26:56 PM

720698 0907

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 5:51:12 PM

0807

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 5:52:02 PM

Shilo missed your video chat.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 6:10:46 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 6:50:44 PM

You called Shilo.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 10:25:14 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/14/2022 10:30:11 PM

Shilo missed your call.

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/15/2022 7:18:53 AM

Idk what to say bout you anymore shiloh like wtf

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/15/2022 1:12:07 PM

I keep trusting dumb mother fuckers for real she hoed me an went thru someone else

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/15/2022 1:13:13 PM



+13077765728

BRANDYS TEXT NOW #(PHONE IS OFF)    5:35 PM

7:40 PM    U ok girl

Yah sorry I forgot to tell you I stopped
by a homies house real quick
BRANDYS TEXT NOW #(PHONE IS OFF)    8:19 PM

So are u for sure still gonna need
these cuz I got then talked down
pretty big
8:37 PM

I need to know if u r going through
someone else just say it now so I
know an don't have my dude waiting
8:38 PM

Cu, u were hurting so bad but cam stop
wlse where
8:39 PM

I think I'm guna be good I think my
homies dude is guna front me of he
does I'll stop by and give you a couple
for the trouble. How big is big tho?
BRANDYS TEXT NOW #(PHONE IS OFF)
8:42 PM

Down to 3 a pill
8:43 PM

Wished u would have told me hours
ago so my dude wasn't waiting holdi
them. He gonna be pissed an cut m
off. Fuck well  just don't hit me up n



Shilo sent a photo.

**Shilo D Garton (Facebook: 1052235198)**

✓ Received

9/19/2022 8:11:57 PM

Can u do something

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/19/2022 8:12:07 PM

Ya

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/19/2022 8:12:47 PM

But yu take to long to get here

**Tray Hardy (Facebook: 1845800523)**

✓ Received

9/20/2022 3:38:34 AM

Whst happened